UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
16 MAY -6 PM 12: 49
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* [UNDER SEAL], | ) | |
| | ) | |
| Plaintiff/Relator, | ) | |
| | ) | |
| v. | ) | Cause No. 1:16-cv-00560-TWP-MPB |
| | ) | |
| [UNDER SEAL], *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DOCUMENT FILED UNDER SEAL</u>**

United States Attorney's Office
10 W. Market, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone: 317-226-6333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
16 MAY -6 PM 12: 49
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* JACI GLASS, ) <br> ) <br> Plaintiff/Relator, ) <br> v. ) <br> ) <br> NEUROPSYCHIATRIC HOSPITAL OF ) <br> INDIANAPOLIS LLC, ) <br> VANGUARD ELDERCARE LLC, ) <br> STEVEN POSAR, ) <br> CAMERON GILBERT, ) <br> ) <br> Defendants. ) | Case No. 1:16-cv-00560-TWP-MPB <br><br> **UNDER SEAL** |

## APPEARANCE

Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Jonathan A. Bont, Assistant United States Attorney for the Southern District of Indiana, hereby enters his appearance, under seal, as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: /s/ Jonathan A. Bont
Jonathan A. Bont
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing APPEARANCE upon the Relator, by mailing a copy thereof to the following counsel of record on this 6th day of May, 2016.

Bruce C. Howard
Richard S. Wilson
SIPRUT PC
17 North State Street
Suite 1600
Chicago, IL  60602

_____
Jonathan A. Bont
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204
Telephone:  (317) 226-6333

2