UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* JACI GLASS,<br><br>        Plaintiff/Relator,<br>  v.<br><br>NEUROPSYCHIATRIC HOSPITAL<br>OF INDIANAPOLIS LLC, VANGUARD<br>ELDERCARE LLC, Steven Posar,<br>Cameron Gilbert,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Case No. 1:16-cv-0560-JRS-MPB<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

    1. the complaint be unsealed and served upon the defendant by the relator;

    2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

    3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

    4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

**SO ORDERED.**

Dated: 2/11/2020

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.