UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> Dismissed without prejudice.
> JRS, DJ, 3/26/2020
> Distribution to all parties of record via CM/ECF.

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Jaci Glass, Plaintiffs, v. NEUROPSYCHIATRIC HOSPITAL OF INDIANAPOLIS LLC, VANGUARD ELDERCARE LLC, Steven Posar, Cameron Gilbert, Defendants. | Case No. 1:16-cv-00560-JRS-MPB  JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. §3729 *et seq.*, Relator Jaci Glass ("Relator") hereby gives notice that Relator is dismissing all claims against Defendants Neuropsychiatric Hospital of Indianapolis LLC, Vanguard Eldercare LLC, Steven Posar, and Cameron Gilbert in the above captioned action voluntarily and without prejudice as to the Relator.

The United States hereby consents to the Relator's dismissal of this action against said Defendants without prejudice as to the United States.